THE STATE OF OHIO, APPELLANT, *v.* BUELOW, APPELLEE.

[Cite as *State v. Buelow,* 134 Ohio St.3d 589, 2012-Ohio-5764.]

*Court of appeals' judgment affirmed on the authority of* State v. Howard.

(No. 2012-0631—Submitted December 4, 2012—Decided

December 7, 2012.)

APPEAL from the Court of Appeals for Montgomery County,

No. 24570, 2012-Ohio-832.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Jennifer S. Getty, for appellee.

_____